EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:

Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal | 2004 TSPR 32

160 DPR _____ |
| --- | --- |

Número del Caso: ER-2004-2

Fecha: 2 de marzo de 2004

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

| | |
|---|---|
| Reglamento para la Asignación de Abogados y Abogadas de Oficio en Procedimientos de Naturaleza Penal | Normas Especiales para la Asignación de Abogados y Abogadas de Oficio |
| | ER-2004-2 |

RESOLUCIÓN NUNC PRO TUNC

San Juan, Puerto Rico, a 2 de marzo de 2004

Se enmienda Nunc Pro Tunc la Resolución ER-2004-1, emitida el 1 de marzo de 2004, a los fines de hacer constar que el Juez Asociado señor Rebollo López no intervino.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo